

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00225-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: May 1, 2019

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

In this original proceeding, relator complains the district clerk and court reporter have refused to prepare and file the records in his pending appeal before this court in appellate cause number 04-18-00833-CV. On April 17, 2019, in appellate cause number 04-18-00833-CV, this court ordered the clerk's record and reporter's record filed within thirty days. Because relator has received the relief requested, we deny his petition for writ of mandamus as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Missy Medary presiding.